IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01664-WYD-CBS

AVALANCHE FIBER OPTICS, INC., a Colorado Corporation, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff(s),

v.

PENN-STAR INSURANCE COMPANY, a Division of Penn-America Group, Inc., a Pennsylvania Corporation,

    Defendant(s).

## ORDER

THIS MATTER is before the Court on Review of the Notice of Removal. The Court has reservations concerning the propriety of the removal, particularly as to whether the matter in controversy exceeds, exclusive of costs and disbursements, the sum or value of $75,000. Therefore, it is hereby

ORDERED that the parties shall each submit a short, written response addressing the Court's concern on or before **Friday, September 15, 2006**.

Dated: August 28, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge